IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BANKS, | 1:08-cv-00899 GSA (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF |
| vs. | TIME TO FILE A RESPONSIVE PLEADING |
| A. HEDGPETH, Warden, | (DOCUMENT #12) |
| Respondent. | DEADLINE: 12/7/2008 |

On October 30, 2008, Respondent filed a request to extend time to file a responsive pleading to Petitioner's Petition for Writ of Habeas Corpus.  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted an extension of time up to and including December 7, 2008, in which to file a response to the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

Dated:   **November 7, 2008**             **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE