1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   NATHAN BANKS,                            1:08-cv-0899 GSA (HC)

12              Petitioner,

13   vs.                                      SECOND ORDER DIRECTING
                                              RESPONDENT TO SUBMIT CONSENT
                                              FORM
14   A. HEDGPETH, Warden,
                                              RESPONSE DUE IN 30 DAYS
15              Respondent.

16   _____/

17          On September 16, 2008, the court issued an Order Re Consent or Request for

18   Reassignment, requiring respondent to complete and return the form within thirty (30) days,

19   indicating either consent to the jurisdiction of the U.S. Magistrate Judge, or requesting that the

20   case be reassigned to a U.S. District Judge.   The thirty (30)-day period has now expired, and

21   respondent has not returned the form, or otherwise responded to the court's order.

22          Accordingly, it is HEREBY ORDERED that within 30 days from the date of service of

23   this order, respondent shall complete and return the Order Re Consent or Request for

24   Reassignment.

25

26          IT IS SO ORDERED.

27   **Dated:   November 7, 2008**            **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
28

                                         -1-