United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATHAN BANKS,

    Petitioner,

vs.

WARDEN A. HEDGPETH,

    Respondent.
_____/

No. C 08-00899 PJH (PR)

**JUDGMENT**

The court having entered a ruling today denying the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: 2/8/10

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PJHALL\ORDERS\08\banks judgment ED Cal pro se prisoner case.wpd