**United States District Court**
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATHAN BANKS,

    Petitioner,

    v

WARDEN A. HEDGPETH,

    Respondent
_____/

No. C 08-00899 PJH

ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY

    The court denied the petition for a writ of habeas corpus in the above-captioned matter and issued judgment in favor of respondent.  Petitioner has filed a an application for a certificate of appealability.

    "[A]n appeal may not be taken to the court of appeals from" the denial of a habeas petition unless a certificate of appealability is issued.  28 U.S.C. § 2253(c)(1) (2009).  A certificate of appealability may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right," id. § 2253(c)(2); the certificate "shall indicate which specific issue or issues satisfy [this] showing," id. § 2254(c)(3).

    For the reasons stated in the court's prior order denying the petition, petitioner has not made any showing of the denial of a constitutional right, much less the substantial

1  showing required for the issuance of a certificate of appealability.  Accordingly, and good
2  cause appearing therefor, petitioner's application for a certificate of appealability is denied.
3       IT IS SO ORDERED.
4  Dated: May 4, 2010    _____
                            PHYLLIS J. HAMILTON
5                              United States District Judge

**United States District Court**
For the Eastern District of California